**No. 11-265. William Hart, II, Petitioner v. United States.**

565 U.S. 1111, 132 S. Ct. 1001, 181 L. Ed. 2d 733, 2012 U.S. LEXIS 406.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 635 F.3d 850.